```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :           1:23-mj-04790
       -against-                    :
                                    :               ORDER
  Amninder Singh                    :
                                    :
       Defendant                    :
                                    :
------------------------------------X
```

Jennifer E. Willis, United States Magistrate Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the conditions of drug testing and treatment as directed by Pretrial Services.

Dated: New York, New York

July __5__, 2023

SO ORDERED:

_____
Jennifer E. Willis
United States Magistrate Judge